# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Jaiden Buchan | : | |
| 345 W. Chocolate Avenue | : | |
| Hershey, Pennsylvania 17033 | : | NO.:   16-2557 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| The Milton Hershey School, et al. | : | **JURY TRIAL DEMANDED** |
| 711 Crest Lane | : | |
| Hershey, Pennsylvania 17033 | : | |
| | : | |
| Defendants. | : | |

## PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS VIA PLAINTIFF'S PRAECIPE FOR VOLUNTARY DISMISSAL, WITHOUT PREJUDICE

To the Clerk:

In response to Defendants' Motion to Dismiss, Plaintiff here praecipes the voluntary dismissal of his federal causes of action (Counts I & II), without prejudice.

As this Honorable Court no longer has federal/subject matter jurisdiction (in light of the above dismissal of all federal causes of action), Plaintiff further praecipes the voluntary dismissal of Plaintiff's Amended Complaint, without prejudice (and with leave to transfer/refile in the appropriate state court).  FRCP 41.

**WEISBERG LAW**

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Jaiden Buchan : <br> 345 W. Chocolate Avenue : <br> Hershey, Pennsylvania 17033 : NO.: 16-2557 <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> The Milton Hershey School, et al. : **JURY TRIAL DEMANDED** <br> 711 Crest Lane : <br> Hershey, Pennsylvania 17033 : <br> : <br> Defendants. : | |

**CERTIFICATE OF SERVICE**

I, Matthew B. Weisberg, Esquire, hereby certify that on this 19th day of June, 2017, a true and correct copy of the foregoing Plaintiff's Response in Opposition to Defendants' Motion to Dismiss via Plaintiff's Praecipe for Voluntary Dismissal, Without Prejudice was served via ECF upon the following parties:

Jarad W. Handelman, Esq.
Elliott Greenleaf, P.C.
17 N. Second Street
Suite 1420
Harrisburg, PA 17101

Kyle M. Elliott, Esq.
Elliott Greenleaf P.C.
925 Harvest Drive
P.O. Box 3010
Blue Bell, PA 19422

**WEISBERG LAW**

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
Attorney for Plaintiff